# EXHIBIT B

United States

VIDEOS    WORDS    PHOTOS    ABOUT    Search

WORDS

# DON'T HIT ME IN THE MOUTH, I GOTTA PLAY TONIGHT: MILES DAVIS AND BOXING

FIGHTLAND BLOG

By Sarah Kurchak

Share 2.3K    Like 2.3K    Tweet    G+1    St



**LIKE FIGHTLAND**

Like Samuel A. Kusewich and 210K others like this.

Follow    Newsletter

**FEATURED**

 The Mixed Martial Arts of Victorian London
Before BJJ, there was Bartitsu.

 Jonathan Maicelo: The Last Inca
Peru's up-and-coming boxing star.

 Kron Gracie on Jiu-Jitsu, Skateboarding, Older Brothers, and Famous Fathers
The ties that bind are strong.

On the drive home from a training session at Bobby Gleason's Gym in the Bronx in 1970, Miles Davis told Dan Morgenstern from Down Beat magazine that "**boxing is like music.** You keep adding to it."

The legendary jazz trumpeter and composer isn't the only person to ever make the comparison—George Foreman famously stated that "Boxing is like jazz. The better it is, the less people appreciate it."—but few are as uniquely qualified to ponder the relationship between music and pugilism as Davis was. Over the course of his life and career, the man's connection to the sweet science was almost as complex and fascinating as his music was. It was a source of childhood inspiration, a muse, and even a lifesaver.

Miles Davis grew up loving boxing and came of age during a pivotal point in the sport. As culture critic Gerald Early writes in his essay "The Boxer As Black Male Hero" in **Miles Davis: The Complete Illustrated History**, "He was eleven years old when Joe Louis became only the second black heavyweight champion and an American icon in 1937 when he defeated the Cinderella Man, James Braddock, in eight rounds. Davis was twenty-five years old in 1951, and a rising professional jazz musician, when an over-the-hill Louis fought his last fight, an eight-round knockout at the hands of Rocky Marciano. In other words, Davis lived his

adolescence and entered his young adult years having experienced the arc of Louis' career as one of the most prominent, nay, eminent black men of his age, a hero for millions of black not only in the U.S. but also around the world."

Davis grew up aspiring to that type of heroism. "I like it when a black boy says 'Oohh! Man, there's Miles Davis.' Like they did with Joe Louis," the musician told Beat Down in 1974. "I would like for black people to look at me like Joe Louis."



Miles Davis at Gleason's Gym, New York City, in 1969. (Photo by Baron Wolman)

There was another prominent boxer who had a far bigger influence on Davis, though. He may have wanted to be loved like Joe Louis, but he wanted to *be* Sugar Ray Robinson. Davis once admitted that, in 1954, Robinson was the most important thing in his life next to music.

"I always loved boxing, but I really loved and respected Sugar Ray, because he was a great fighter with a lot of class and cleaner than a motherfucker," the musician wrote in his **1989 autobiography**. "He was handsome and a ladies' man; he had a lot going for him.

"In fact, Sugar Ray was one of the few idols that I ever had. Sugar Ray looked like a socialite when you would see him in the papers getting out of limousines with fine women on his arms, sharp as a tack.

"But when he was training for a fight, he didn't have no women around him that anybody knew of, and when he got into the ring with someone to fight, he never smiled like he did in those pictures everybody saw of him. When he was in the ring, he was serious, all business."

As a strung-out junkie who had already tried and failed to quit dope, Davis found inspiration in that level of dedication and commitment in the mid-fifties. And he decided to try to turn his life around again.

"I really kicked my habit because of the example of Sugar Ray Robinson; I figured if he could be as disciplined as he was, then I could do it, too," Davis wrote.



**RECENT VIDEOS**

 MMA Fighter Dustin Barca Takes on Monsanto in Hawaii

 Moving Portraits: Title Shots: Conor McGregor

 Josh Barnett // Strong As Titanium

More Videos

**PHOTOS**

 Yancy's Day Off: A Tour of Oahu's Wild West
IJfke Ridgley (photos and words)

 The House of Rickson: An Afternoon in Rio with Jiu-Jitsu's Royal Family
Stefan Kocev

 The Evening Training Sessions of the Rwandan Defense Force
Michael Christopher Brown

 Fight Night at the Olympic: Classic Los Angeles Ringside Photography
Theo Ehret

Kingston Story: Boxing in the Backyards of Jamaica
Jason Gould



More Photos





With Sugar Ray in his mind as a "hero image," Davis went back to New York to get his life in order. Once he was clean, he decided to take another step closer to Sugar Ray-ness in order to stay that way: he took up boxing.

After he managed to convince boxing trainer Bobby McQuillen that he was clean, the pair began working together, both at the aforementioned Gleason's Gym and at Silverman's Gym in Harlem.

"Sugar Ray used to train there," Davis wrote about Silverman's in his book. "And when he came to train, everybody would stop what they were doing and check him out."

When he wasn't watching his idol, Davis was learning the ropes from McQuillen, learning to move like and focus like a fighter. His time at the gym kept his mind sound, his body healthy, and his musicianship stronger than ever before.

The jazzman brought a boxer's work ethic to his music, eschewing sex and food before a performance like he was preparing for a fight. And he brought a musician's rhythm to the ring.

"For many years afterward, he skipped rope, did floor exercises and worked the speedbag with bebop phrasing and triple-tongue rhythms, and for breath and endurance he threw himself into the heavy bag with bass drum explosions," John Szwed wrote in his 2002 biography **So What The Life of Miles Davis**.

Davis writes about the similarities between music and boxing at some length in his autobiography, comparing the ways that boxers and musicians develop muscle memory, their mindsets, and their style.

"Boxing's got style like music's got style," he mused. "Joe Louis had a style, Ezzard Charles had a style, Henry Armstrong had a style, Johnny Bratton had a style, and Sugar Ray Robinson had his style—as did Muhammad Ali, Sugar Ray Leonard, and Marvelous Marvin Hagler, Michael Spinks, and Mike Tyson later. [...] But you've got to have style in whatever you do—writing, music, painting, fashion, boxing, anything. Some styles are slick and creative and imaginative and innovative and others aren't."

Davis was able to combine his pugilistic and musical styles when fight manager-turned-director Bill Clayton asked him to do the music for Jack Johnson: Breaking Barries, a documentary he was making about the first black **world heavyweight boxing champion**.



Jack Johnson Breaking Barriers Documentary

"Davis went to work on it enthusiastically, reading everything he could about Johnson and boxing history, watching films of classic matches and sleeping with a photo of Johnson near his bed," Szwed wrote about the musician's creative process.

Davis would show up at Clayton's office to watch footage of Johnson and would sit there for hours as he picked the director's brain about the finer points of the groundbreaking champ's strategy and success.

The result of that intense research was the 1971 album A Tribute To Jack Johnson, "a record galvanized by boxing, funk, politics, black power, hard rock and the white heat of a creative peak in the recording studio that extended from early 1969 to the summer of 1970," **according to Guardian writer Tim Cumming**. It remains one of his most respected recordings, and marked a major turning point in his musical evolution.



The outtakes from the Tribute recording sessions are named after boxers, by the way, including one song named after Sugar Ray Robinson.

As much as Davis loved boxing and loved combining boxing and music, though, there were certain risks he couldn't take in his own training. "Miles would muse that he could have been a contender but he avoided actual fighting so as not to injure his mouth and hands," wrote Szwed.

Photographer Jim Marshall sometimes referred to his iconic shots of Davis at the gym as "**Don't Hit Me in the Mouth, I Gotta Play Tonight**," because that's what Davis used to say to his training partners before they sparred.

He once dared to go a few rounds against prominent lightweight boxer and musician **Roberto Duran**, though. He also recorded a tribute to his one-time sparring buddy.

And he did get hit in the mouth once that we know of. Brazilian musical mad scientist Hermeto Pascoal loves telling the story about the time Davis took him to his house, gave him a pair of boxing gloves, and suggested that they box. Pascoal hit him dead in the face, hurting his own hand in the process. And that's how he earned the name Albino Loco.



Hermeto Pascoal, boxing with Miles Davis

Check out these related stories:

**Tiger Eyes and Burning Hearts: The Fight Anthems of Survivor**

**The Karate King in the Boxing Ring**

**The Karate Master: A Beginner's Guide to Elvis Presley's Martial Arts Obsession**

YouTube  123K

Written by: Sarah Kurchak
Jan 22 2015
Tags: Miles Davis, Jack Johnson, joe louis, Sugar Ray Robinson, jazz, music, boxing

Share 2.3K    Like 2.3K    Tweet    G+1    . St

**COMMENTS**

**7 Comments**   Sort by  Newest


Add a comment...


**Juanludd Arroyo** · City College of San Francisco
jazz,histori,mantra supremasi,,my love for miles
Like · Reply · Jan 25, 2015 8:46am


**Javier Erre**
Finally, Vice coming up with quality journalism. Respect.
Like · Reply · 👍 2 · Jan 25, 2015 7:34am


**Tony Lewis** · Washington State University
This is good.
Like · Reply · Jan 23, 2015 3:26pm


**Stephen Nesbitt** · Ripon Grammar School
top drawer
Like · Reply · Jan 23, 2015 9:03am


**Maxime Belhache**
A hit once again.Great work!
Like · Reply · Jan 23, 2015 6:30am

Load 2 more comments

Facebook Comments Plugin





| Grolsch FILM WORKS | noisey | MOTHERBOARD | the creators project | ADVICE |
|---|---|---|---|---|
|  | XXYYXX | Texas is Now One-Quarter Wind | The Video For Shao-Yen Chen's | CPH Pro Street Finals |
|  | Ugly UK Hardcore | The News Drones On: Tabloids, | LAYERS: Peeking Inside | Final Bottle |
|  | Tame Impala | When Flesh and Sweat Meet | LAb[au]'s m0za1que Lets You | Make It Through |
|  | Ratking | Is Japan Tiring of Whale Meat? | 5 Reasons You Should Get On | Crackdown on Bath Salts |
|  | James Franco's Band | A Brief, Poetic Statement on | Different Ways To Infinity Is A | House.E+ |
|  | Justin Timberlake | The Syrian Internet Has Gone | Fashion Line Blooms With | Dana Buoy's Top Ten |
|  | Wall - 'Magazine' | No New Internet Regulation for | A UK Bowstring Bridge | Ice-T's Directorial Debut |

© 2016 Vice Media Inc.   About Us   Newsletter   Founders   Privacy Policy   Terms of Use                    Site by Ashe Avenue



 

THE | CHANNELS | UK





(https://sports.vice.com/en_uk)

July 22, 2015 | Sarah Kurchak (//sports.vice.com/en_uk/contributor/sarah-kurchak)

# DON'T HIT ME IN THE MOUTH, I GOTTA PLAY TONIGHT: MILES DAVIS AND BOXING

On the drive home from a training session at Bobby Gleason's Gym in the Bronx in 1970, Miles Davis told Dan Morgenstern from Down Beat magazine that "boxing is like music. (http://www.amazon.ca/Living-Jazz-reader-edited-Sheldon/dp/037542072X) You keep adding to it."

The legendary jazz trumpeter and composer isn't the only person to ever make the comparison—George Foreman famously stated that "Boxing is like jazz. The better it is, the less people appreciate it."—but few are as uniquely qualified to ponder the relationship between music and pugilism as Davis was. Over the course of his life and career, the man's connection to the sweet science was almost as complex and fascinating as his music was. It was a source of childhood inspiration, a muse, and even a lifesaver.

Miles Davis grew up loving boxing and came of age during a pivotal point in the sport. As culture critic Gerald Early writes in his essay "The Boxer As Black Male Hero" in Miles Davis: The Complete Illustrated History (http://www.amazon.ca/Miles-Davis-Complete-Illustrated-History/dp/0760342628), "He was eleven years old when Joe Louis became only the second black heavyweight champion and an American icon in 1937 when he defeated the Cinderella Man, James Braddock, in eight rounds. Davis was twenty-five years old in 1951, and a rising professional jazz musician, when an over-the-hill Louis fought his last fight, an eight-round knockout at the hands of Rocky Marciano. In other words, Davis lived his adolescence and entered his young adult years having experienced the arc of Louis' career as one of the most prominent, nay, eminent black men of his age, a hero for millions of black not only in the U.S. but also around the world."

Davis grew up aspiring to that type of heroism. "I like it when a black boy says 'Oohh! Man, there's Miles Davis.' Like they did with Joe Louis," the musician told Beat Down in 1974. "I would like for black people to look at me like Joe Louis."



There was another prominent boxer who had a far bigger influence on Davis, though. He may have wanted to be loved like Joe Louis, but he wanted to *be* Sugar Ray Robinson. Davis once admitted that, in 1954, Robinson was the most important thing in his life next to music.

"I always loved boxing, but I really loved and respected Sugar Ray, because he was a great fighter with a lot of class and cleaner than a motherfucker," the musician wrote in his [1989 autobiography](http://www.amazon.ca/Miles-Davis/dp/0671725823). "He was handsome and a ladies' man; he had a lot going for him.

"In fact, Sugar Ray was one of the few idols that I ever had. Sugar Ray looked like a socialite when you would see him in the papers getting out of limousines with fine women on his arms, sharp as a tack.

"But when he was training for a fight, he didn't have no women around him that anybody knew of, and when he got into the ring with someone to fight, he never smiled like he did in those pictures everybody saw of him. When he was in the ring, he was serious, all business."

As a strung-out junkie who had already tried and failed to quit dope, Davis found inspiration in that level of dedication and commitment in the mid-fifties. And he decided to try to turn his life around again.

"I really kicked my habit because of the example of Sugar Ray Robinson; I figured if he could be as disciplined as he was, then I could do it, too," Davis wrote.

Case 1:17-cv-03246-DLI-CLP   Document 1-2   Filed 05/30/17   Page 11 of 15 PageID #: 18



With Sugar Ray in his mind as a "hero image," Davis went back to New York to get his life in order. Once he was clean, he decided to take another step closer to Sugar Ray-ness in order to stay that way: he took up boxing.

After he managed to convince boxing trainer Bobby McQuillen that he was clean, the pair began working together, both at the aforementioned Gleason's Gym and at Silverman's Gym in Harlem.

"Sugar Ray used to train there," Davis wrote about Silverman's in his book. "And when he came to train, everybody would stop what they were doing and check him out."

When he wasn't watching his idol, Davis was learning the ropes from McQuillen, learning to move like and focus like a fighter. His time at the gym kept his mind sound, his body healthy, and his musicianship stronger than ever before.

The jazzman brought a boxer's work ethic to his music, eschewing sex and food before a performance like he was preparing for a fight. And he brought a musician's rhythm to the ring.

"For many years afterward, he skipped rope, did floor exercises and worked the speedbag with bebop phrasing and triple-tongue rhythms, and for breath and endurance he threw himself into the heavy bag with bass drum explosions," John Szwed wrote in his 2002 biography So What The Life of Miles Davis

(http://books.simonandschuster.ca/So-What/John-Szwed/9780684859835).

Davis writes about the similarities between music and boxing at some length in his autobiography, comparing the ways that boxers and musicians develop muscle memory, their mindsets, and their style.

"Boxing's got like music's got style," he mused. "Joe Louis had a style, Ezzard Charles had a style, Henry Armstrong had a style, Johnny Bratton had a style, and Sugar Ray Robinson had his style—as did Muhammad Ali, Sugar Ray Leonard, and Marvelous Marvin Hagler, Michael Spinks, and Mike Tyson later. [...] But you've got to have in whatever you do—writing, music, painting, fashion, boxing, anything. Some styles are slick and creative and imaginative and innovative and others aren't."

Davis was able to combine his pugilistic and musical styles when fight manager-turned-director Bill Clayton asked him to do the music for Jack Johnson: Breaking Barries, a documentary he was making about the first black world heavyweight boxing champion (http://en.wikipedia.org/wiki/Jack_Johnson_(boxer)).



Jack Johnson Breaking Barriers Documentary

"Davis went to work on it enthusiastically, reading everything he could about Johnson and boxing history, watching films of classic matches and sleeping with a photo of Johnson near his bed," Szwed wrote about the musician's creative process.

Davis would show up at Clayton's office to watch footage of Johnson and would sit there for hours as he picked the director's brain about the finer points of the groundbreaking champ's strategy and success.

The result of that intense research was the 1971 album A Tribute To Jack Johnson, "a record galvanized by boxing, funk, politics, black power, hard rock and the white heat of a creative peak in the recording studio that extended from early 1969 to the summer of 1970," according to Guardian writer Tim Cumming (http://www.theguardian.com/music/2003/oct/17/2). It remains one of his most respected recordings, and marked a major turning point in his musical evolution.



The outtakes from the Tribute recording sessions are named after boxers, by the way, including one song named after Sugar Ray Robinson.

As much as Davis loved boxing and loved combining boxing and music, though, there were certain risks he couldn't take in his own training. "Miles would muse that he could have been a contender but he avoided actual fighting so as not to injure his mouth and hands," wrote Szwed.

Photographer Jim Marshall sometimes referred to his iconic shots of Davis at the gym as "Don't Hit Me in the Mouth, I Gotta Play Tonight (http://www.jimmarshallphotographyllc.com/Blog/?p=1616)," because that's what Davis used to say to his training partners before they sparred.

He once dared to go a few rounds against prominent lightweight boxer and musician Roberto Duran (http://en.wikipedia.org/wiki/Roberto_Dur%C3%A1n), though. He also recorded a tribute to his one-time sparring buddy.

And he did get hit in the mouth once that we know of. Brazilian musical mad scientist Hermeto Pascoal loves telling the story about the time Davis took him to his house, gave him a pair of boxing gloves, and suggested that they box. Pascoal hit him dead in the face, hurting his own hand in the process. And that's

how he earned the name Albino Loco.



Hermeto Pascoal, boxing with Miles Davis

**Tags:** fightland (//sports.vice.com/en_uk/topic/fightland), miles davis (//sports.vice.com/en_uk/topic/miles-davis), boxing (//sports.vice.com/en_uk/topic/boxing), jazz (//sports.vice.com/en_uk/topic/jazz) , music (//sports.vice.com/en_uk/topic/music)

RECOMMENDED

(//sports.vice.com/en_uk/article/ufc-203-odds-miocic-werdum-and-gall-tipped-to-leave-cleveland-with-wins)

**UFC 203 ODDS: MIOCIC, WERDUM AND GALL TIPPED TO LEAVE CLEVELAND WITH WINS (//SPORTS.VICE.COM/EN_UK/ARTICLE/UFC-203-ODDS-MIOCIC-WERDUM-AND-GALL-TIPPED-TO-LEAVE-CLEVELAND-WITH-WINS)**

(//sports.vice.com/en_uk/article/tonight-we-made-history-meet-the-disabled-boxers-fighting-for-paralympic-recognition)