**BY ECF**  June 16, 2017

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Wolman v. Vice Media LLC (1:17-cv-03246-DLI-CLP)*

Dear Judge Irizarry,

We represent Plaintiff, Baron Wolman, in the above case. We are in contact with Defendant and are beginning to discuss settlement. Defendant respectfully requests a 30-day extension until July 23, 2017 to respond to the complaint. This is the first request for an extension. The Plaintiff consents to this extension.

The Court's consideration is much appreciated.

Sincerely,

/s/Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Baron Wolman*

Request granted
So Ordered
/s/ Cheryl Pollak
USMJ
6/22/17