June 22, 2017

**VIA ECF**

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Wolman v. Vice Media LLC (1:17-cv-3246-DLI-CLP)*

Dear Judge Irizarry,

We represent Plaintiff, Baron Wolman, in the above case. Undersigned counsel would like to clarify for the record the basis for the extension that Plaintiff requested by letter on June 16, 2017.  After conferring with Defendant, Plaintiff concluded that he requires time in which to either file an amended complaint or else dismiss this action without prejudice.  The parties agreed to extend Defendants' time to answer or respond for 30 days, pending Plaintiff's anticipated amendment or dismissal.

                Sincerely,

                /s/Richard Liebowitz
                Richard P. Liebowitz
                Liebowitz Law Firm, PLLC
                11 Sunrise Plaza, Suite 305
                Valley Stream, New York 11580
                Tele: 516-233-1660
                RL@LiebowitzLawFirm.com

                *Attorneys for Baron Wolman*